IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02995-REB-MEH

LYNN PRATER, and
JOHN PRATER,

    Plaintiffs,

v.

THE BANK OF NEW YORK MELLON, formerly known as the Bank of New York,
ARONOWITZ & MECKELBERG, LLP, and
THE STATE OF COLORADO,

    Defendants.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 27, 2011.**

    Defendants Bank of New York Mellon and First Horizon Home Loans' Unopposed Motion for Leave to Exceed the Page Limit . . . [filed January 26, 2011; docket #37] is **granted**. The Court accepts the motion to dismiss as filed at docket #38 on January 26, 2011. Plaintiffs' response to the motion to dismiss is due on or before **February 17, 2011**. Defendants may reply within *fourteen days* of Plaintiffs' response.