IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02995-WJM-MEH

LYNN PRATER, and
JOHN PRATER,

      Plaintiffs,

v.

THE BANK OF NEW YORK MELLON, formerly known as the Bank of New York,
FIRST HORIZON NATIONAL BANK,
ARONOWITZ & MECKELBERG, LLP, and
THE STATE OF COLORADO,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 23, 2011.**

      In light of the Court's discretion to impose a stay of discovery, Defendants Bank of New York Mellon and First Horizon's Unopposed Motion Stay Discovery [filed June 22, 2011; docket #60] is **granted**. *See Clinton v. Jones,* 520 U.S. 681, 706-07 (1997) (citation omitted) ("The District Court has broad discretion to stay proceedings as an incident to its power to control its own docket."). The Court previously recommended that the Plaintiffs' Amended Complaint, in its entirety, be dismissed without prejudice. (Docket #53.) Additionally, Defendants recently submitted a Suggestion of Bankruptcy indicating Plaintiff John Prater filed for Chapter 7 bankruptcy on May 21, 2011. (Docket #59.) In consideration of these events and in the interests of judicial efficiency and economy, the Court believes a stay of discovery is appropriate here. Accordingly, discovery is hereby **stayed** pending further order by the Court.