## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Case No: 10-CV-02995-

LYNN PRATER AND
JOHN PRATER
Plaintiff,

vs.

THE BANK OF NEW YORK MELLON,
Formerly known as the Bank of New York.
FIRST HORIZON NATIONAL BANK,
ARONOWITZ & MECKELBERG, LLP,
AND STATE OF COLORADO
Defendants

## PLAINTIFFS' MOTION TO DISMISS WITH PREJUDICE

COMES NOW Plaintiff's LYNN PRATER AND JOHN PRATER (hereinafter 'PLAINTIFF'), by and through undersigned counsel, and files Plaintiffs' Motion to Dismiss with Prejudice. All parties to bear own costs. It is believed such Motion is without objection and is unopposed.

WHEREFORE, Plaintiffs' respectfully request that this Court grant Plaintiff's Motion to Dismiss with Prejudice, respective parties to bear own costs. .

**Dated:** September 20, 2011

Respectfully submitted,

**PRATER LAW**

By: _s/ John R. Prater_____

Attorney for Plaintiffs
5900 E. Colfax Avenue
Denver, CO 80220
Phone Number: (720-545-0406)

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of September, 2011, a true and correct copy of PLAINTIFFS'MOTION TO DISMISS WITH PREJUDICE was e-filed via CM/ECF system to: opposing Counsel.

Susan Jean Hendrick, Esq.
Aronowitz & Mecklenburg, LLP
1199 Bannock Street
Denver, CO   80204

Maurice G. Knaizer, Esq
Colorado Attorney Generals's Office
State Services
1525 Sherman Street
Denver, CO   80203                                            /s/ John R. Prater